# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 3, 2009

## Before

FRANK H. EASTERBROOK, *Chief Judge*

KENNETH F. RIPPLE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 08-1363

PARVEEN IDRIS, *et al.*,
    *Plaintiffs-Appellants*,

v.

CITY OF CHICAGO, ILLINOIS, *et al.*,
    *Defendants-Appellees*.

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.

No. 06 C 6085
Robert W. Gettleman, *Judge*.

## Order

The opinion issued on January 5, 2009, is amended as follows:

1. The sentence at slip op. 2, lines 9-10, which originally read "The district court held otherwise and entered summary judgment for the defendants.", is changed to: "The district court held otherwise and dismissed the complaint."

2. The sentence at slip op. 5 lines 19-21, which originally read "The district court dismissed without prejudice all state-law claims, so that plaintiffs may pursue them in state court.", is changed to: "The district court dismissed without prejudice the claim under state law that Chicago's program is unauthorized or conflicts with a state statute, so that this line of argument may be renewed in state court."